455 F.2d 1407
 U. S. ex rel. Engstrom
v.
Rackley
 71-1491
 United States Court of Appeals Second Circuit
 Nov. 8, 1971
 
 1
 W.D.N.Y.
 
 
 2
 (The decision of the Court is referenced in a 'Table of Decisions Without Reported Opinions' appearing in the Federal Reporter. The Second Circuit provides by rule for disposition by summary order when a decision is unanimous and each judge believes that 'no jurisprudential purpose would be served by a written opinion.' Decisions without formal opinions 'shall not be cited or otherwise used in unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)